| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Rajesh Prasad  Agent: Andrew White | Telephone: (313) 226-0821  Telephone: (313) 226-5310 |
|---|---|---|

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
David JURADO

Case No.

Case: 2:25−mj−30483
Assigned To : Unassigned
Assign. Date : 7/29/2025
Description: RE: DAVID JURADO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April-May 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 511 | Altering or removing motor vehicle identification numbers |
| 18 U.S.C. § 545 | Smuggling goods into the United States |
| 18 U.S.C. § 2321 | Trafficking in certain motor vehicles and motor vehicle parts |
| 19 U.S.C. § 1595a(c)(1)(A) | Aiding unlawful importation |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Andrew White, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 29, 2025

_Judge's signature_

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
_Printed name and title_

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew White, having been duly sworn, state as follows:

I have been a Border Patrol Agent with the United States Border Patrol (USBP) since August 2009. I am currently assigned to the USBP Targeting Unit (TU) to investigate crimes committed under Titles 19, 18 and 8 of the United States Code. Prior to my current assignment, I was assigned to Michigan State Police narcotics task force for three years. During my time as a Task Force Agent, I investigated narcotics trafficking by violent criminal organizations. I also initiated investigations involving narcotics, human trafficking, and other activities of violent criminal organizations. I have participated in numerous investigations that resulted in the execution of federal search and arrest warrants.

1. This affidavit is being submitted in support of a criminal complaint alleging that David JURADO has violated 18 U.S.C. § 511 (altering or removing motor vehicle identification numbers), 18 U.S.C. § 545 (smuggling goods into the United States), 18 U.S.C. § 2321 (trafficking in certain motor vehicles and motor vehicle parts), 18 U.S.C. § 2322 (knowingly owning, operating, maintaining, or controlling a building, lot, or facility where stolen vehicles or parts are received, concealed, destroyed, disassembled, or stored with the intent to alter or disguise their identity and then distribute them in interstate or foreign commerce), and 19

1

U.S.C. § 1595a(c)(1)(A) (aiding unlawful importation).

2. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging JURADO with the above listed violations, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3. On March 31, 2024, a CBP officer assigned to DHL ECC Chicago targeted a shipment for enforcement. The shipment was manifested as "Printed Material." This package was sent from Lithuania to Michigan, and the shipper was manifested as "Ekon," at Laisves AL. 110 Kaunas, 44253 Lithuania. The consignee was manifested as David JURADO, at 21541 Maplehurst Ct, Woodhaven Michigan 48183. The shipment was inspected and seized by Customs and Border Protection and found to contain eight (8) counterfeit Vehicle Identification Number (VIN) stickers for two different VINs. The stickers contained the "FoMoCo" (Ford Motor Company) logo in the background and were found concealed inside an advertisement booklet.

4. On April 29, 2025, JURADO was scheduled to receive another package from overseas that was listed as "car stickers." TU Agents requested this

2

package be held for inspection. The parcel was destined for JURADO at 21541 Maplehurst Ct, Woodhaven Michigan 48183. On May 8, 2025, CBP Officers in Louisville, Kentucky, inspected the suspicious package and found that it contained two sets of counterfeit VIN stickers belonging to two different Ford F150's. Both sets of numbers were run on the open internet and were purchased as "salvaged" vehicles. Agents confirmed with an employee of the Ford Motor Company, that the labels of the VINs stickers which bear Ford-owned trademarks are not manufactured by Ford or with its authorization.

5. On May 21, 2025, United States Border Patrol (USBP) Detroit Sector, U.S Customs and Border Protection (CBP), Homeland Security Investigations (HSI) Detroit National Security Global Trade (NSGT) group, the Southeast Michigan Auto Crimes Consortium (SMACC), Detroit Police Department and the Michigan State Police (MSP) agents conducted a controlled delivery of counterfeit VIN stickers at 21541 Maplehurst Ct., Woodhaven, Michigan. Following the successful delivery, agents executed a federal search warrant at the residence of David JURADO at 21541 Maplehurst Ct., resulting in the recovery of the fraudulent VIN stickers and a stolen BMW X6 registered to 21541 Maplehurst Ct., Woodhaven, Michigan.

6. Also on May 21, 2025, agents executed federal search warrant at the

3

business of David JURADO, 313 Southwest Auto located at 1650 Waterman St., Detroit, Michigan. Agents and officers seized a stolen Cadillac CTS, a stolen Hi-Lo forklift, 25 stolen auto parts, counterfeit VINS, and documents related to previously recovered stolen vehicles. Records show David JURADO is the owner/operator of 313 Southwest Auto. From December 2024 to present agents have conducted multiple surveillances of JURADO where they witnessed him leaving his residence in Woodhaven and arriving at 313 Southwest Auto.

7. On April 1, 2025, David JURADO was interviewed by CBP officers at the Detroit Metro Airport after returning from an international flight. During the interview JURADO stated that he was the sole owner and works at 313 Southwest Auto at 1650 Waterman Street, Detroit, Michigan. Furthermore, he stated that he has owned the business for about 20 years and named seven employees that are employed by him at the business.

8. The Detroit Police Commercial Auto Theft team provided seven stolen vehicle reports related to the stolen auto parts recovered at Southwest 313 Auto during search warrant execution. These stolen vehicle reports were generated between August 2021 and July 2024. The following are a list of the police report numbers: 210801-0129, 231203-0241, 240603-0084, 241221-0147, 240701-0354, 240426-0204, 240710-0307.

9.      In my training and experience and fellow officers, I believe the stolen parts are part of a chop shop operation and that the counterfeit VINs procured from eastern Europe were to further the fraud. individuals conducting legitime work on salvage vehicles must follow the lawful way to order replacement VIN stickers from the car company and not overseas locations. This process is highly monitored by car companies to prevent fraud. Furthermore, a replacement VIN sticker is to be placed on the "B pillar" of a legitimate salvaged vehicle, not the windshield area, the intended location for VIN stickers seized. The information provided in this affidavit, I believe that David JURADO violated Title 18 U.S.C. § 511, 18 U.S.C. § 545, 18 U.S.C. § 2321, 18 U.S.C. § 2322, 19 U.S.C. § 1595a(c)(1)(A).

*[signature]*

Andrew White
Border Patrol Agent

Subscribed and sworn before
me this 29th day of July

*[signature]*

Honorable David R. Grand
United States Magistrate Judge

July 29, 2025

5