AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Rajesh Prasad   Telephone: (313) 226-0821
Agent: Andrew White   Telephone: (313) 226-5310

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
David JURADO

Case No.

Case: 2:25-mj-30483
Assigned To : Unassigned
Assign. Date : 7/29/2025
Description: RE: DAVID JURADO (EOB)



I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: __s/Eddrey Butts__
       Deputy

## ARREST WARRANT

FILED
JUL 3 0 2025
CLERK'S OFFICE
DETROIT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David JURADO                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 511 (altering or removing motor vehicle identification numbers), 18 U.S.C. § 545 (smuggling goods into the United States), 18 U.S.C. § 2321 (trafficking in certain motor vehicles and motor vehicle parts), 18 U.S.C. § 2322 (knowingly owning, operating, maintaining, or controlling a building, lot, or facility where stolen vehicles or parts are received, concealed, destroyed, disassembled, or stored with the intent to alter or disguise their identity and then distribute them in interstate or foreign commerce), and 19 U.S.C. § 1595a(c)(1)(A) (aiding unlawful importation)

Date:   July 29, 2025

*Issuing officer's signature*

City and state:   Detroit, MI

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/29/2025, and the person was arrested on *(date)* 07/30/2025
at *(city and state)* Woodhaven, MI

Date: 07/30/2025

*Arresting officer's signature*

Andrew White  BPA
*Printed name and title*

---

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*